**Robert Scott FITZPATRICK,
Plaintiff/Appellant,**

v.

**EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES,
Defendant/Respondent.**

No. 74262.

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 29, 1998.

James C. Brandenburg, Todd M. Boehlje, Brandenburg & Lownsdale, St. Louis, for Appellant.

Jeffry S. Thomsen, Cynthia Hamilton, Evans & Dixon, St. Louis, for Respondent.

Before SIMON, P.J., and CRANE and MOONEY, JJ.

### *ORDER*

PER CURIAM.

Plaintiff, Robert Scott Fitzpatrick, appeals a summary judgment entered in favor of Equitable Life Assurance Society of the United States, on his claims for damages for negligence and negligence per se.

We have reviewed the briefs of the parties and the record on appeal and find that no

error of law appears. As an extended opinion would have no precedential value, we affirm the judgment pursuant to Rule 84.16(b). A memorandum solely for the use of the parties has been provided explaining the reasons for our decision.